1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:10-MC-00060-FCD-KJN
                                      )
12          Plaintiff,                )
                                      )
13       v.                           )
                                      ) STIPULATION AND ORDER EXTENDING
14 APPROXIMATELY $105,500.00 IN       ) TIME FOR FILING A COMPLAINT FOR
   U.S. CURRENCY SEIZED FROM JP       ) FORFEITURE AND/OR TO OBTAIN AN
15 MORGAN CHASE PERSONAL MONEY        ) INDICTMENT ALLEGING FORFEITURE
   MARKET ACCOUNT NUMBER 4178013903,)
16 HELD IN THE NAME VERONICA C.       )
   PADILLA,                           )
17                                    )
            Defendant.                )
18                                    )
   _____)
19

20      It is hereby stipulated by and between the United States of

21 America and claimant Raymond Padilla, Jr. ("claimant"), by and

22 through his respective attorney, as follows:

23      1.  On or about March 18, 2010, claimant filed a claim, in the

24 administrative forfeiture proceedings, with the Internal Revenue

25 Service with respect to the Approximately $105,500.00 in U.S.

26 Currency seized from JP Morgan Chase Personal Money Market Account

27 Number 4178013903, held in the name Veronica C. Padilla, (the

28 "defendant funds"), which was seized on or about January 7, 2010.

2.   The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 16, 2010.

4.   By Stipulation and Order filed June 2, 2010, the parties stipulated to extend to August 16, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 23, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an

1   indictment alleging that the defendant funds are subject to

2   forfeiture shall be extended to August 23, 2010.

                                    BENJAMIN B. WAGNER
3                                   United States Attorney

4

5   DATE: Aug. 12, 2010            /s/ Jean M. Hobler
                                    JEAN M. HOBLER
6                                   Special Assistant U.S. Attorney

7

8   DATE: August 12, 2010          /s/ Christopher Wing
                                    (As authorized on 8/12/2010)
9                                   CHRISTOPHER H. WING
                                    Attorney for Claimant Raymond
10                                  Padilla, Jr.

11

12

        **IT IS SO ORDERED.**
13

14

    DATE: August 16, 2010
15                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28