BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-MC-00060-FCD-KJN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $105,500.00 IN ) | TIME FOR FILING A COMPLAINT FOR |
| U.S. CURRENCY SEIZED FROM JP ) | FORFEITURE AND/OR TO OBTAIN AN |
| MORGAN CHASE PERSONAL MONEY ) | INDICTMENT ALLEGING FORFEITURE |
| MARKET ACCOUNT NUMBER 4178013903,) | |
| HELD IN THE NAME VERONICA C. ) | |
| PADILLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

It is hereby stipulated by and between the United States of America and claimant Raymond Padilla, Jr. ("claimant"), by and through his respective attorney, as follows:

1. On or about March 18, 2010, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $105,500.00 in U.S. Currency seized from JP Morgan Chase Personal Money Market Account Number 4178013903, held in the name Veronica C. Padilla, (the "defendant funds"), which was seized on or about January 7, 2010.

2.   The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 16, 2010.

4.   By Stipulation and Order filed June 2, 2010, the parties stipulated to extend to August 16, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   By Stipulation and Order filed August 16, 2010, the parties stipulated to extend to August 23, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.   By Stipulation and Order filed August 20, 2010, the parties stipulated to extend to October 22, 2010, the time in which the United States is required to file a civil complaint for

forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 20, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to January 20, 2011.

BENJAMIN B. WAGNER
United States Attorney

DATE: 10/8/10              /s/ Jean M. Hobler
                           JEAN M. HOBLER
                           Special Assistant U.S. Attorney


DATE: 10-8-10              /s/ Christopher H. Wing
                           CHRISTOPHER H. WING
                           Attorney for Claimant Raymond
                           Padilla, Jr.

                           (Original signature retained by
                           attorney)

**IT IS SO ORDERED.**

DATE: October 8, 2010      _____
                           FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE